## 1

Joseph MLEKODAY, Plaintiff in Error, v. UNITED STATES of America.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1928.

No. 7929.

In Error to the District Court of the United States for the District of Minnesota.

W. H. McDonald, of Minneapolis, Minn., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn., for the United States.

PER CURIAM. Writ of error dismissed without costs to either party in this court, on motion of defendant in error under Rules 23 and 24.

## 2

J. B. MURPHY, Trustee, etc., Appellant, v. TOY NATIONAL BANK OF SIOUX CITY, IOWA.

Circuit Court of Appeals, Eighth Circuit.
March 30, 1928.

No. 8106.

Appeal from the District Court of the United States for the Northern District of Iowa.

D. P. Shull and C. M. Stilwill, both of Sioux City, Iowa, for appellant.

David W. Stewart, R. H. Hatfield, and J. T. Burke, all of Sioux City, Iowa, for appellee.

PER CURIAM. Appeal dismissed without costs to either party in this court on motion of appellant.

## 3

B. R. NORVELL et al., Appellants, v. UNITED STATES of America, Appellee.

Circuit Court of Appeals, Fifth Circuit.
March 12, 1928.

No. 5120.

Appeal from the District Court of the United States for the Western District of Louisiana; Benjamin C. Dawkins, Judge.

S. L. Herold, of Shreveport, La. (Thigpen, Herold, Lee & Cousin, of Shreveport, La., on the brief), for appellants.

Philip H. Mecom, U. S. Atty., of Shreveport, La. (J. Fair Hardin, Asst. U. S. Atty., of Shreveport, La., on the brief), for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. In this case we are content to adopt the opinion of the District Court reported in 20 F.(2d) 670. The judgment is affirmed.

## 4

Anthony O'BOYLE, Libelant-Appellee, v. Steam Tug FRANK, Cornell Steamboat Company, Claimant-Appellant, and Barge M. F. Phalen, Edward J. Phalen, Claimant-Appellee.

Circuit Court of Appeals, Second Circuit.
February 20, 1928.

No. 164.

Appeal from the District Court of the United States for the Eastern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Anthony O'Boyle.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for the Phalen.

Before MANTON, L. HAND, and AUGUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.